UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD P. BELT,<br>　　　　　Plaintiff,<br>　　　v.<br>MICHAEL A. KREI and KAREN D. KREI, husband and wife,<br>　　　　　Defendants. | No. CV-07-0339-EFS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND CLOSING FILE** |

　　Before the Court, without oral argument, is the parties' Stipulation Re: Dismissal of Federal Court Lawsuit. (Ct. Rec. 4.) Consistent with this stipulation and pursuant to Federal Rule of Civil Procedure 41(a), the stipulated motion is granted.  Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Stipulation Re: Dismissal of Federal Court Lawsuit **(Ct. Rec. 4)** is **GRANTED**.

　　2. This file shall be **CLOSED**, subject to reopening upon good cause shown.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

　　**DATED** this __5th__ day of January 2008.

　　　　　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\0399.closing.frm

ORDER CLOSING FILE - 1